**Dismissed; Opinion Filed February 21, 2017.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-00457-CV

**BRIGADIER OPERATING, LLC, Appellant**
**V.**
**RIO ROCA RANCH, LP, Appellee**

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-02203**

## MEMORANDUM OPINION

Before Justices Bridges, Evans, and Stoddart
Opinion by Justice Stoddart

On February 14, 2017, the parties filed an agreed motion to dismiss this interlocutory appeal in which they stated they settled their dispute. Accordingly, we grant the parties' motion, vacate the trial court's temporary injunction order without regard to the merits, remand the case to the trial court for further proceedings in accordance with the parties' settlement agreement, and dismiss the appeal.

/Craig Stoddart/

160457F.P05

CRAIG STODDART
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas
## JUDGMENT

BRIGADIER OPERATING, LLC,
Appellant

No. 05-16-00457-CV     V.

RIO ROCA RANCH, LP, Appellee

On Appeal from the 162nd Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-16-02203.
Opinion delivered by Justice Stoddart.
Justices Bridges and Evans participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**. We **REMAND** this case to the trial court for further proceedings.

It is **ORDERED** that each party bear its own costs of this appeal.

Judgment entered this 21st day of February, 2017.